AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Cesar Hernandez Navarro,

                  Petitioner,

    v.

John Mattos et al.,

                  Respondents.

JUDGMENT IN A CIVIL CASE

Case Number: 2:26-cv-00359-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Petitioner, Cesar Hernandez Navarro, and against Respondents, John Mattos, Todd M. Lyons, Kristi Noem, and Pamela Bondi. The (ECF No. 1) Petition for Writ of Habeas Corpus is GRANTED.

02/24/2026
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk